

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed February 05, 2013**

---

Lawrence Herrera
4717 W Lovers Lane
Dallas, Tx  75209

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
SHARA LAMELL WATKINS  
      DEBTOR

CASE NO:  11-30417-HDH-13

### Order on Debtor's Objection to Claim

At Dallas in said District:

On this day came on for hearing the Debtor's Objection to Claim to Quantum Servicing Corp-PACER#3/TEE#2, ("Objection") dated 12/10/2012, and any responses filed thereto.

After considering the pleadings, the evidence and stipulations, if any, and the argument of counsel, the Court finds that the following order should be entered:

**IT IS FURTHER ORDERED** that the claim is hereby **ALLOWED** or **DISALLOWED** as shown on the "Objection" except as follows:

  No Changes

Approved by:

  /s/  Tom Powers

### End of Order ###